**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Anthony C. Hill,** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | |
| ) | |
| **Workday, Inc.** ) | **Case No. 1:23-cv-2396** |
| ) | |
| *Defendant* ) | |
| ) | |

<u>**NOTICE OF VOLUNTARY DISMISSAL UNDER**</u>
<u>**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**</u>

**TO DEFENDANT, WORKDAY INC., AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*, Plaintiff,

Anthony C. Hill, and his counsel of record, hereby give notice that the above-entitled action is

voluntarily dismissed without prejudice against the Defendant.

DATE: **8/20/2023**

Respectfully submitted,

Eden Brown-Gaines
Counsel for the Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the **20**<sup>th</sup> day of August 2023, a copy of the foregoing Notice of

Voluntary Dismissal Under Federal Rule of Civil Procedure 41(a)(1) was mailed and e-filed and

served via U.S. Mail upon:

Diana Szego Fassbender
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center, 1152 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 339-8400
Facsimile: (202) 339-8500
dszego@orrick.com
Counsel for Defendant Workday, Inc.

Counsel for the Plaintiff